the appellees. There was decree for the defendants and the complainants appeal. The decree is affirmed.

Decision Per Curiam.

---

HENRY C. GROVES, APPELLANT, vs. GEORGE SPECHT, APPELLEE.

Appeal from Circuit Court Marion County.

*R. B. Bullock*, for Appellant.

*Anderson & Hocker*, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals. Motions of counsel for appellee to dismiss the appeal denied; but in the investigation of the questions raised by said motions, the court being fully advised and satisfied that there is no merit in any of the matters assigned as error, and that said appeal is frivolous and resorted to for delay, the decree of the court below is affirmed at the cost of the appellant; and that the further sum of ten *per cent.* of the full amount of said decree be allowed and assessed against the appellant as for a frivolous appeal.

Decision Per Curiam.

---

C. HENNERIG, PLAINTIFF IN ERROR, vs. JOSEPH EDWARDS, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Escambia county.

*John C. Avery*, for Plaintiff in Error.

*Blount & Blount,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.